IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 08-0773
 ((((((((((((((((

 Gallagher Headquarters Ranch Development, Ltd., Chris Hill And Julie
 Hooper, Petitioners

 v.

 City of San Antonio and City Public Service, Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The petition is abated and remanded to the trial court for
findings of fact. The trial court shall submit its findings to this Court
no later than May 3, 2010. The parties may, within thirty days after the
trial court's findings are submitted, provide a supplementary brief to this
Court.

 Done at the City of Austin, this 12th day of February, 2010.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk